UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUYEN ESTELOW<br><br>    Plaintiff,<br>v.<br><br>GEMMA H. RANGGA, et. al,<br><br>    Defendants. | Case No. 2:21-cv-15495-SRC-LDW<br><br>**ORDER** |

**CHESLER**, District Judge

  This matter having come before the Court on the motions by Plaintiff Suyen Estelow for default judgment against Defendants Carlos Segundo Puli Caguana and Fabiola Giraldo (the "Defaulted Defendants") (ECF Nos. 54–55); and the Defaulted Defendants having failed to respond to Plaintiff's motion; and the Court having considered the papers filed in connection with the motion; and for the reasons set forth in the Opinion filed herewith

  **IT IS** on this 27th day of June, 2022,

  **ORDERED** that Plaintiff's motions for entry of default judgment (ECF No. 5), pursuant to Federal Rule of Civil Procedure 55(b)(2), are **DENIED without prejudice**.


                 s/ Stanley R. Chesler
                STANLEY R. CHESLER
                United States District Judge