UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUYEN ESTELOW | |
| Plaintiff, | Case No. 2:21-cv-15495-SRC-LDW |
| v. | |
| GEMMA H. RANGGA, et. al, | **ORDER** |
| Defendants. | |

**CHESLER**, District Judge

This matter having come before the Court on the motion by Plaintiff Suyen Estelow for default judgment against Defendant Louis P. Fiscella ("Fiscella") (ECF No. 67); and Fiscella having failed to respond to Plaintiff's motion; and the Court having previously considered and denied Plaintiff's motions for default judgment against Defendants Carlos Segundo Puli Caguana and Fabiola Giraldo (ECF Nos. 54–55) for the reasons described in the Court's Opinion, dated June 27, 2022 (ECF No.68); and the Court finding that the rationale it applied in its June 27, 2022 Opinion is equally applicable to the instant motion for default judgment against Fiscella; and for the reasons set forth in the June 27, 2022 Opinion

**IT IS** on this 25th day of July, 2022,

**ORDERED** that Plaintiff's motion for entry of default judgment (ECF No. 67) is **DENIED without prejudice**.

  s/ Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge

1